NEW-YORK,
October, 1818.

SPRAGUE
v.
SEYMOUR.

————◆※◆————

### SPRAGUE and another *against* SEYMOUR.

*In an action on a bond given for the gaol liberties, judgment for the plaintiff is to be for the whole penalty; but he cannot have execution for more than the original debt, with interest and costs.*

IN ERROR, on *certiorari* to a Justice's Court.

The defendant in error brought an action in the court below, as assignee of the sheriff of *Onondaga*, against the plaintiffs in error, on a bond given by them for the gaol liberties, in the penalty of 21 dollars. The execution of the bond, and the assignment, and the escape of *Sprague*, for whom the bond was given, having been proved, the justice rendered judgment for the plaintiff below, for 21 dollars, and costs.

*Per Curiam.* By the sixth section of the *act relative to gaols*, (sess. 36. c. 69. 1 *N. R. L.* 429.) it is made the duty of the sheriff to take a bond in the penalty of double the sum for which the person is confined; and the seventh section makes the bond assignable to the plaintiff in the execution, and declares that, upon obtaining judgment thereon, he shall recover the amount due in the original action, together with the interest and costs accrued thereon. It does not appear from any part of the proceedings or proofs in this case, what the original debt was; but the judgment was correctly entered for the penalty. The plaintiff cannot have execution for more than the original debt, with interest and costs.

Judgment affirmed.